UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                        ORDER
    v.                      11-CR-385A

KARL DAVID AUDIRSCH,
            Defendant.

The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On October 10, 2013, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion to suppress his statement be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion to suppress his statement is denied.

All parties are to appear for a status conference/meeting to set a trial date on November 22, 2013 at 12:30 p.m.

SO ORDERED.

                        *s/ Richard J. Arcara*
                        HONORABLE RICHARD J. ARCARA
                        UNITED STATES DISTRICT JUDGE

DATED: November 21, 2013